IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JACOBY G. FIELDS                                                          PLAINTIFF

V.                                          CIVIL ACTION NO. 3:19-CV-00147-NBB-DAS

DAMON T. HININGER and
CAPTAIN LAKES                                               DEFENDANTS

<u>JUDGMENT</u>

On May 4, 2020, following a *Spears* hearing, the United States Magistrate Judge assigned to this case entered a Report and Recommendation, which was duly served by mail on the *pro se* Plaintiff at his last known address. To date, no objections to the Report and Recommendation have been filed, and the deadline for filing objections passed on May 18, 2020. The Court has reviewed the Report and Recommendation and found no plain error. It is, therefore,

**ORDERED**:

1. That the Report and Recommendation [27] is **ADOPTED** as the Order of the Court;

2. That Plaintiff's claim for excessive force against Captain Lakes will **PROCEED**; and

3. That Defendant Damon T. Hininger is **DISMISSED WITH PREJUDICE** from this action.

This, the 9th day of June, 2020.

                                                         /s/ Neal Biggers
                                                         **NEAL B. BIGGERS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**